JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIER CHAINE, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>CITI COMMERCIAL LENDING, is a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS INC., EQUIFAX INFORMATION SERVICES, LLC and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.  CV 15-1559-GW(Ex)<br><br>(C/W:  **CV 15-6602-GW(Ex)**)<br><br>**ORDER DISMISSING ENTIRE ACTION**<br><br>**[Filed Concurrently with**:<br>• **Stipulation.]** |
| RANDIE CHAINE, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>CITI COMMERCIAL LENDING, is a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS INC., is a business entity, form unknown; EQUIFAX INFORMATION SERVICES, LLC; is a business entity, form unknown; and DOES 1-10, Inclusive,<br><br>Defendants. | |

**BEFORE THE COURT** is Plaintiffs Olivier Chaine and Randie Chaine (collectively, the "Plaintiffs") and Defendant Citibank N.A. (erroneously sued as Citi Commercial Lending) ("Defendant") Stipulation to Dismiss Entire Action.  The Court has reviewed the Stipulation and finds that that the two actions in the

1

1  consolidated case should be dismissed with prejudice pursuant to Federal Rules of
2  Civil Procedure 41(a)(1)(A)(ii).
3      Accordingly, **IT IS HEREBY ORDERED:**
4  By stipulation of the parties and good cause appearing therefor, it is hereby
5  ordered as follows:
6  IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiffs' two
7  Complaints in the Consolidated Actions, including all claims and all causes of action
8  therein are hereby dismissed, with prejudice, with each party to bear their own
9  attorney's fees, costs, and expenses. The Court retains jurisdiction over the action
10 for the purpose of entering any orders pertaining to enforcement of the Compromise,
11 Settlement and Release Agreement executed by the Parties.

13     **IT IS SO ORDERED.**

16 DATED: August 17, 2016           */s/ George H. Wu*
                                            GEORGE H. WU, U.S. DISTRICT JUDGE